IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01014-BNB

VERNEST M. JONES,

    Applicant,

v.

AL ESTEP, Warden, L.C.F.,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
          COLORADO

AUG - 2 2006

GREGORY C. LANGHAM
                    CLERK

---

ORDER DISMISSING CASE

---

This matter is before the Court on the response to the order to show cause and the motion for voluntary dismissal that Applicant Vernest M. Jones submitted *pro se* and the Court filed respectively on July 7 and 19, 2006. In the response to the order to show cause, Mr. Jones claims that he erroneously has been classified as a sex offender and that because he is not a sex offender he has been accused illegally of violating parole. The Court notes that the claim Mr. Jones is raising in this action – his erroneous classification and illegal violation of parole for being an alleged sex offender, when in fact he is not – he also has attacked in three civil rights cases before this Court. *See Jones v. Estep*, No. 06-cv-00116-EWN-MEH (filed Jan. 24, 2006), currently pending before this Court. *See also Jones v. Estep*, No. 05-cv-02547-BNB (D. Colo. Mar. 29, 2006); *Jones v. Ortiz*, No. 05-cv-02549-EWN-MEH (D. Colo. Apr. 7, 2006). In the latter two cases, Mr. Jones has been warned about initiating repetitious litigation.

In the motion for voluntary dismissal, Mr. Jones informs the Court that he wants

to dismiss voluntarily and without prejudice his habeas corpus application.

The Court will treat the July 19, 2006, motion to dismiss voluntarily as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Rule 41(a)(1) provides that "an action may be dismissed by the plaintiff without order of court (I) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment."  No response has been filed by Respondent in this action.  A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary.  *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968).  The notice closes the file.  *See Hyde Constr. Co.*, 388 F.2d at 507.  Accordingly, it is

ORDERED that the motion for voluntary dismissal that Applicant Vernest M. Jones submitted *pro se* and the Court filed on July 19, 2006, is treated as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1).  It is

FURTHER ORDERED that the voluntary dismissal is effective as of July 19, 2006, the date the notice of voluntary dismissal was filed in this action.  It is

FURTHER ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice.  It is

FURTHER ORDERED that judgment is entered in favor of Respondent and against Applicant.

DATED at Denver, Colorado, this 2 day of Aug., 2006.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 06-cv-01014-BNB

Vernest M. Jones
Prisoner No. 98313
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/2/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk